IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| WELLELA HIRPASSA, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.: CAL09-22509 |
| PRINCE GEORGE'S COUNTY GOVERNMENT, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## MOTION TO DISMISS

**COMES NOW** the Defendant, Prince George's County Government, through undersigned counsel, and respectfully requests that this Honorable Court enter an **ORDER DISMISSING** Plaintiffs' Complaint as against it, and as grounds states the following:

1. Plaintiff has failed to state a claim upon which relief can be granted as a matter of law.

2. Defendant is not a party in being.

3. Defendant relies more fully on the attached Memorandum in support of this Motion.



Respectfully submitted,

**STEPHANIE P. ANDERSON**
**COUNTY ATTORNEY**

**RAJESH A. KUMAR**
**ACTING DEPUTY COUNTY ATTORNEY**

_____
Brennan C. McCarthy - MC3843
Associate County Attorney
14741 Governor Oden Bowie Drive
Office of Law – Room 5121
Upper Marlboro, Maryland 20772
(301) 952-5585 (voice)
(301) 952-3071 (facsimile)
*Attorney for Defendant County*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this 2nd day of September, 2009, a copy of the foregoing Motion and Memorandum of law was sent via United States Postal Service, postage prepaid to:

Wellela Hirpassa, *Pro Se*
6701 14th Street, N.W.
Apt. 309
Washington, D.C. 20012

_____
Brennan C. McCarthy