UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Southern Division Address

Lisa Rosenthal, Chief Deputy

October 9, 2009

Stephanie P. Anderson                         Wellela Hirpassa
Prince George's County Office of Law          6701 14th Street, NW Apt. 309
14741 Governor Oden Bowie Dr Ste 5121         Washington, DC  20012
Upper Marlboro, MD  20772

    RE:    Hirpassa v Prince George's County Government, et al
                RWT-09-2631

Dear Counsel/Party:

The above-captioned case has been removed from the Circuit Court for Prince George's County, Maryland and assigned the case number above. The case is subject to this Court's electronic filing requirements and procedures. Our records show that:

☒    You are not a registered CM/ECF user. To register, go to the Court's web site: www.mdd.uscourts.gov and fill in the on-line registration form. Information about electronic filing procedures and requirements is available on the web site. Please note that if this case is subject to electronic filing, any documents submitted for filing in paper format may be returned to you. The Court does not mail paper copies of orders and other documents which are filed electronically.

X    One or more of the parties in this case is not represented by counsel ("*pro se*"). *Pro se* parties are to file and serve documents in paper format. The court will scan and electronically file any documents submitted by a *pro se* party unless a particular document is exempt from electronic filing. The scanned document shall constitute the official court record. The court will mail paper copies of any orders or other documents entered by the court to any *pro se* party. Counsel shall file electronically with the court and serve paper copies of all documents on any *pro se* party. Documents filed electronically must include a certificate of service stating when and how a paper copy was served on any *pro se* party.

                                                      Sincerely,

                                                      /s/
                                                  Felicia C. Cannon, Clerk

cc:    All counsel/parties
Removal Notification Letter (7/21/2004)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov