## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WELLELLA HIRPASSA**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Civil No.: RWT-09-2631** |
| | ) |
| **PRINCE GEORGE'S COUNTY** | ) |
| **GOVERNMENT**, *et al*., | ) |
| | ) |
| Defendants. | ) |

_____

### NOTICE OF SUBSTITUTION OF COUNSEL

**DEAR SIR/MADAM CLERK:**

Please strike the appearance of Stephanie P. Anderson, County Attorney, as counsel for the Defendants, and substitute the appearance of Brennan C. McCarthy, Associate County Attorney, as counsel for Defendants in the above-referenced action.

Respectfully submitted,

**PRINCE GEORGE'S COUNTY**
**OFFICE OF LAW**


_____/s/_____
Brennan C. McCarthy,
Associate County Attorney
*Federal Bar No.: 26518*
14741 Gov. Oden Bowie Drive
Suite 5121
Upper Marlboro, Maryland 20772
(301) 952-5595 voice
(301) 952-3071 facsimile
*Counsel for Defendants*

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 14th day of October, 2009, a copy of the foregoing Notice of Substitution of Counsel was sent via United States Postal Service, postage prepaid to:

>Wellela Hirpassa, *Pro Se*
>6701 14th Street, N.W.
>Apt. 309
>Washington, D.C. 20012

_____/s/_____
Brennan C. McCarthy

- 2 -