IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WELLELA HIRPASSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 09 –cv– 2631 RWT |
| ) | |
| PRINCE GEORGE'S COUNTY ) | |
| GOVERNMENT, *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____ | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**MADAM CLERK:**

   Please strike the appearance of Brennan C. McCarthy, Associate County Attorney, as counsel for the Defendants Prince George's County Government, Corporal Delvon Montue, Corporal Troy Wallace, Corporal Louis Williams and Corporal Thomas Hammill , and substitute the appearance of Rajesh A. Kumar, Acting Deputy County Attorney, as counsel for Defendants Prince George's County Government, Corporal Delvon Montue, Corporal Troy Wallace, Corporal Louis Williams and Corporal Thomas Hammill, in the above-referenced action.

                    Respectfully submitted,


                    STEPHANIE P. ANDERSON
                    COUNTY ATTORNEY

- 1 -

                                                                        _____/S/_____
                                                                        Rajesh A. Kumar – 14137
                                                                        Acting Deputy County Attorney
                                                                        Prince George's County Government
                                                                        Office of Law - Room 5121
                                                                        14741 Governor Oden Bowie Drive
                                                                        Upper Marlboro, Maryland 20772
                                                                        (301) 952.5249 voice
                                                                        (301) 952.3071 facsimile
                                                                        rakumar@co.pg.md.us
                                                                        *Attorney for Defendants*


## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **26th day of May 2010**, a copy of the foregoing Notice of Substitution of Counsel was sent via first class mail postage prepaid, United States Postal Service, to:

        Ms. Wellela Hirpassa
        6701 14th Street, N.W.
        Apt. 309
        Washington, D.C. 20012
        *Pro Se Plaintiff*


                                                                        _____/S/_____
                                                                        Rajesh A. Kumar – 14137